# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 2:07-CR-121 |
| v. | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **CHAD WICKLINE,** *et. al.*, | : | Magistrate Judge Norah M. King |
| | : | |
| **Defendants.** | : | |

## ORDER

## I.  INTRODUCTION

The Court **GRANTS** the government's unopposed Motion to Amend Count 6 of the Indictment to Correct a Typographical Error.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                 **ALGENON L. MARBLEY**
                                                 **UNITED STATES DISTRICT JUDGE**

**DATED: May 28, 2008**